IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff | : Case No. 3:18-CR-176 (1) |
| vs. | : HONORABLE WALTER H. RICE |
| McQuater, Shamar | : |
| Defendant | : |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on May 9, 2018 and adds the following condition:

*1. The defendant must participate in mental health treatment as directed by the Pretrial Services Officer.*

All other bond conditions remain in full force and effect.

Date: 2/14/2019

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE